In the Matter of the Proceeding to Set Aside the Decree Settling the Judicial Account of Executors and to Compel the Cancellation and Discharge of Bond and Mortgage and the Refunding of Interest in the Estate of SAMUEL PLATT, Deceased. GERTRUDE P. THORNER, Executrix, and SIMON M. PLATT, Executor, Appellants; HATTIE P. WOLFF and DAVID S. STOLL, Petitioners, Respondents.— Decree, so far as appealed from, unanimously modified by providing that the costs of the reference be payable out of the estate, and as so modified affirmed, with costs of appeal to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of SIGMUND WECHSLER, Deceased. Application of STELLA WECHSLER for Payment of Income. STELLA WECHSLER, Petitioner, Appellant; IRVING TRUST COMPANY, Trustee, Respondent; CATHERINE W. PALMER (Formerly CATHERINE WECHSLER), RICHARD S. WECHSLER and VIRGINIA W. FIELDS, Respondents.— Order unanimously affirmed. No opinion. Settle order on notice. . Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of STELLA WECHSLER, and Others, as Executors of SIGMUND WECHSLER, Deceased. Estate of SIGMUND WECHSLER, Deceased: In the Matter of the Application of STELLA WECHSLER and Others for the Revocation of Letters Testamentary of RALPH V. WECHSLER and IRVING TRUST COMPANY, as Executors, etc., of SIGMUND WECHSLER, Deceased, for Their Removal as Trustees under Said Will, and for Other Relief. In the Matter of the Judicial Settlement of the Account of Pro-

ceedings of STELLA WECHSLER and Others, as Trustees of SIGMUND WECHSLER, Deceased. In the Matter of the Judicial Settlement of the Account of Proceedings of STELLA WECHSLER and Others, as Trustees of SIGMUND WECHSLER, Deceased. In the Matter of the Judicial Settlement of the Account of Proceedings of RALPH V. WECHSLER and IRVING TRUST COMPANY, as Trustees of SIGMUND WECHSLER, Deceased. In the Matter of the Application of GIFFORD, WOODY, CARTER & HAYS to Have Fixed and Determined the Compensation to Be Paid to Them under Section 231-a of Surrogate's Court Act for Legal Services Rendered to and for Disbursements Made and Incurred for the Account of IRVING TRUST COMPANY, as One of the Executors of and Trustees under the Last Will and Testament of SIGMUND WECHSLER, Deceased. In the Matter of the Application of STELLA WECHSLER, CATHERINE WECHSLER, RICHARD S. WECHSLER and VIRGINIA W. FIELDS for the Revocation of the Letters Testamentary of RALPH V. WECHSLER and IRVING TRUST COMPANY, as Executors, etc., of SIGMUND WECHSLER, Deceased, for Their Removal as Trustees under Said Will and for Other Relief. VIRGINIA W. FIELDS, STELLA WECHSLER, RICHARD S. WECHSLER and CATHERINE W. PALMER, Appellants; IRVING TRUST COMPANY and DORIS WECHSLER FREIDIN, Respondents. (Seven Consolidated Appeals.) — Decree and order entered November 29, 1939, intermediate decree entered October 24, 1934, decrees entered March 20, 1940, decree entered April 11, 1940, and final decree entered April 26, 1940, unanimously affirmed. Order entered April 13, 1940, granting allowances for legal services and expenses unanimously modified by reducing the allowance to the attorneys for the corporate trustees to the sum of $45,000, and, as so modified, affirmed, with costs to the appellants Catherine W. Palmer, Richard S. Wechsler, Virginia W. Fields and Stella Wechsler. No opinion. Settle orders on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [171 Misc. 738; 173 id. 802.]